1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO NAVARRETE,<br><br>        Plaintiff,<br><br>   v.<br><br>J. TEJADA,<br><br>        Defendant. | Case No. CV 10-0403 CAS (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 29, 2010.

*Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE